

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00763-CR

Alton Darrell **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-9276
Honorable Mark Luitjen, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 24, 2019.

_____
Irene Rios, Justice

---

[1] The Honorable Frank J. Castro denied the motion to suppress.